JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ALCAREZ CEJA,<br><br>    Petitioner,<br><br>vs.<br><br>TIMOTHY BUSBY, Warden,<br><br>    Respondent. | Case No. CV 11-2216-DOC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and that this action is dismissed with prejudice.

Dated: September 21, 2012

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE